[Civil No. 277.]

CLARINDA A. WAKEFIELD, Appellee, v. THE SOUTH-ERN PACIFIC COMPANY, Appellant.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. William H. Barnes, Judge.

J. A. Zabriskie, and William Herring, for Appellant.

William M. Lovell, and R. D. Ferguson, for Appellee.

PER CURIAM.—This cause was submitted to the court on the transcript and brief of appellee, and the court having duly considered the same, and being fully advised in the premises, orders that judgment be entered herein affirming the judgment of the lower court, with costs against the appellant and the sureties on the appeal bond, together with ten (10) per cent damages.

January 16, 1890.    Affirmed.

---

[Civil No. 296.]

JOHN Y. T. SMITH, Appellee, v. C. BURTON FOSTER, Appellant.

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa.

No appearance of record.

January 16, 1890.    Affirmed.

---

[Civil No. 314.]

CHARLES YATES, Appellant, v. MARY B. BURTON, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai. James H. Wright, Judge.

L. F. Eggerd, for Appellee.

June 3, 1890.    Affirmed.